UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA SHERMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ATRIA SENIOR LIVING, INC.,<br><br>　　　　Defendant. | No. 2:20–cv–2460–MCE–KJN<br><br>ORDER GRANTING LEAVE TO PROCEED WITHOUT PAYMENT OF FILING FEE<br><br>(ECF No. 2) |

　　Plaintiff requests an order "waiving the filing fee . . . under the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA), 38 U.S.C. § 4323(h)(1)." (ECF No. 2.) "Congress enacted USERRA in order to prohibit discrimination against persons because of their service in the uniformed services." Davis v. Advocate Health Ctr. Patient Care Exp., 523 F.3d 681, 683 (7th Cir. 2008) (quotes omitted). "As part of the legislation's broad remedial scheme, USERRA provides that '[n]o fees or court costs may be charged or taxed against any person claiming rights under this chapter.'" Id. (quoting 38 U.S.C. § 4323(h)(1)).

　　Plaintiff's complaint states a claim under USERRA. In light of Section 4323(h)(1) and Congress's intent, plaintiff is permitted to initiate suit without prepaying the filing fee.

Dated:  December 16, 2020

sher.2460

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Kendall J. Newman  
　　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN  
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1