UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMANDA SHERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>ATRIA SENIOR LIVING, INC.,<br><br>    Defendant. | CASE NO.: 2:20-cv-02460-MCE-KJN<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

PURSUANT TO THE STIPULATION OF DISMISSAL WITH PREJUDICE, IT IS SO ORDERED that all counts asserted against Defendant Atria Senior Living, Inc in the above-captioned action (as set forth in the Amended Complaint (Doc. No. 14)) shall be dismissed with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: August 15, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE